UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.            CASE NO: 2:12-CR-20-FtM-29SPC

DONTRE REON CRAWFORD

## ORDER

This matter comes before the Court on Government's Motion to Reschedule Suppression Hearing (Doc. #20) filed on April 2, 2012. The Government moves the Court to continue the hearing scheduled on the Motion to Suppress Evidence (Doc. #20). As grounds, Counsel indicates he will be unavailable for the scheduled hearing time. The Court, having considered the motion, finds good cause and will grant the continuance as outlined below.

Accordingly, it is now **ORDERED:**

The Government's Motion to Reschedule Suppression Hearing (Doc. #20) is **GRANTED**. The Motion to Suppress Evidence hearing shall be rescheduled to **APRIL 23, 2012 at 9:30 A.M.**

**DONE AND ORDERED** at Fort Myers, Florida, this 4th Day of April, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record