UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                               2:12-cr-20-FtM-29SPC

DONTRE REON CRAWFORD
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's *pro se* Commercial Affidavant (sic) of Truth To Give Relief For Sovereign Immunity (Doc. #61), filed on July 25, 2012. Defendant Dontre Reon Crawford (defendant or Crawford) has been charged with possessing a firearm and ammunition after having been convicted of multiple felony offenses. Defendant asserts in his motion that he is a Government Entity and sovereign, and as such is entitled to sovereign immunity from prosecution. Defendant attaches an Absolute Immunity document in which he has given himself absolute immunity from all criminal and civil suits.

Defendant Crawford is not a sovereign, but an individual. As with any individual criminal defendant, Crawford is not entitled to sovereign immunity despite his claims to the contrary, and there has been no showing that he is entitled to absolute immunity. Defendant's certificate of Absolute Immunity, issued by himself to himself, is ineffective to convey any type of immunity.

Accordingly, it is now

**ORDERED**:

Defendant's *pro se* Commercial Affidavant of Truth To Give Relief For Sovereign Immunity (Doc. #61), deemed to be a motion to dismiss the Indictment, is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of August, 2012.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Dontre Reon Crawford
Counsel of Record
DCCD